UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:   11-20684-CR-SEITZ (SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.
LAZARO PRAT, et al

_____Defendant._____/

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED** as follows: PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this __13TH__ day of __DEC.__, 2011.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE