```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 11-20684-CR-SEITZ/SIMONTON

UNITED STATES OF AMERICA

              Plaintiff,           ARRAIGNMENT INFORMATION SHEET
vs.
                                   Jail No : 97736-004
LAZARO PRAT
                                   Language: SPANISH
              Defendant.
_____/
```

The above-named Defendant appeared before **Magistrate Jonathan Goodman**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address: IN CUSTODY

                    Tel. No: 

Defense Counsel:    Name: Julio Codias, Perm

                    Address: 

                    Tel. No: 

Bond Set/Continued:          PTD

Dated this 30th day of DECEMBER, 2011.

                    STEVEN M. LARIMORE, CLERK OF COURT

                    BY: /S/MICHAEL SANTORUFO
                        Deputy Clerk