UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20684-CR-SEITZ

UNITED STATES OF AMERICA
    Plaintiff,
v.

LAZARO PRAT,
    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS PORTIONS OF THE INDICTMENT

This matter came before the Court on Defendant Lazaro Prat's Motion to Dismiss Portions of the Indictment as Improper Surplusage [DE 101]. The motion seeks to strike references to Advance Medical Equipment, Inc. Defendant Lazaro Prat argues he did not commit medicare fraud through Advance Medical Equipment and such charge is beyond the statute of limitations. The Court has considered the Motion, the Government's Response [DE 112], and Defendant's Reply [DE 113], and will deny the Motion.

The Government has filed a Superseding Indictment since Defendant filed the motion. The superseding indictment added a count charging a conspiracy to commit health care fraud that began in July 2002 through August 8, 2008. The original indictment was returned on September 29, 2011. Thus, the limitations period commences as of September 28, 2006.

The allegations regarding Advance Medical Equipment are relevant to the crimes charged and are not prejudicial or inflammatory. The challenges are more appropriately addressed during trial. Therefore, it is

ORDERED that Defendant's Motion to Dismiss Portions of the Indictment is DENIED.

DONE AND ORDERED in Miami, Florida, this 17th day of April, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record