UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by **RAL** D.C.

MAR 19 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff, | * | |
| v. | * | Case No: 11-20684-CR-PAS |
| **LAZARO PRAT** <br> Defendant. | * | |
| _____/ | * | |

## INFORMATIVE PLEADING

COMES NOW the Defendant Mr. Lazaro Prat by and through his undersigned counsel and respectfully files this his Informative Pleading and states,

1. The CM/ECF could not process the exhibits in support of motion to Dismiss Surplusage From the Indictment (D.E. #101) and these exhibits are being filed manually.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was manually filed this 16th day of March, 2012.

Respectfully submitted,

S/A _____
Florida Bar No. 0471577
825 So. Brickell Bay Drive
Tower 3, Suite 1243
Miami, Florida 33131
Phone No.: (305) 372-8875
Fax No.:    (305) 372-2745