# COURT MINUTES

## Magistrate Judge Andrea M. Simonton

Atkins Building Courthouse - 8th Floor     Date: 8/1/12     Time: 10:00 A.M.

Defendant: 1) LAZARO PRAT     J#: 97736-004    Case #: 11-20684-CR-SEITZ(s)(s)

AUSA: FRANK TAMEN     Attorney: DAVID TUCKER, ESQ.

Violation: HEALTH CARE FRAUD

Proceeding: ARRAIGNMENT 2ND SUPERSEDING IND.     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at: PTD (hrg held)     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant Arraigned

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:19:34     Time in Court: 2 mins