### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.  **11-20684-CR-SEITZ**

**UNITED STATES OF AMERICA**
　　　　　**Plaintiff,**

**NOTICE OF SENTENCING**

**vs.**

**LAZARO PRAT**

　　　　　**Defendant**
_____/

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

　　　　By direction of the **Honorable  Patricia A. Seitz**                          , United States District Judge,
**YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on
December 19, 2012 at 8:30 a.m.                      for imposition of sentence.  On that date, report to:

400 North Miami Avenue, Miami, Florida 33128            Courtroom No.:   11-4

where sentence will be imposed.  You will receive no further notice.

　　　　　If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that
failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime
Control Act (18 U.S.C. Sec. 3146).

　　　　**IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be
completed.  DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES
PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS.  IF ON
BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

　　　　**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation
Department with the necessary information to prepare the Prosecution version of the Presentence Report.

　　　　　　　　　STEVEN M. LARIMORE
　　　　　　　　　COURT ADMINISTRATOR•CLERK OF COURT

　　　　　　　By:   LJWebb
　　　　　　　　　　　　　　Deputy Clerk

DATE:  8/30/12

COUNSEL FOR DEFENDANT:  David Tucker and Brian Barakat

DEFENDANT:  Received in Court

| | | |
|---|---|---|
| ☒ GUILTY PLEA | ☐ BOND | TO COUNTS: 1 & 7 |
| ☐ TRIAL | ☐ FEDERAL CUSTODY | OF TOTAL COUNTS: |
| | ☐ STATE CUSTODY | |
| | ☒ U.S.M. CUSTODY | AUSA: Eric Morales and Ron Davidson |

cc: U.S. Attorney
　　U.S. Marshal
　　U.S. Probation Office
　　Defense Counsel
　　Defendant