UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 11-cr-20684-SEITZ (MORENO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) |
| LAZARO PRAT, | ) |
| Defendant, | ) |

## NOTICE OF FILING OF SENTENCING LETTERS IN SUPPORT OF MITIGATION

The Defendant, LAZARO PRAT, by and through his undersigned counsel and hereby gives notice of the filing of the attached (redacted) letters in support of mitigation at sentencing.

Respectfully Submitted,

**DAVID K. TUCKER, P.A.**

Attorneys for Defendant
255 Alhambra Circle Suite 630
Coral Gables, FL 33134
(305) 461-3627 – Office
(305) 461-3628 – Facsimile

By:/*David K. Tucker*
**DAVID K. TUCKER**
**FLA BAR NO: 406023**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed with the Clerk of Court via CM/ECF. I also certify that the attached motion was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/ECF on December 11, 2012.

**By:/S *David K. Tucker***
**DAVID K. TUCKER**

To: Judge Patricia Seitz

From: Gladis Garmentdia

Date: October 8, 2012

Re: Lazaro Prat

Subject: Lettter to Judge sentencing

Judge Patricia A. Seitz

United States District Judge

Federal Justice Building

400 North Miami Avenue, Room 11-4

Miami, Florida 33128-1812


I, Gladys Garmendia, Lazaro's mother, had 4 children, the first died for lack of medical care, I married at age 15 because I had a very sad childhood, with a stepfather that abused me physically and verbally. My mom and my stepfather made me take care of younger siblings because I was the oldest. My husband was 19 when I married him until 1980 when he left Cuba and came to the U.S. on the Mariel. Staying alone with three children, 13, 14 and 15. Lazaro was very sad, lonely, anxious, crying a lot and I attended a child psychologist with him. His paternal grandfather died of cancer and was a very heavy drinker. Despite that fact that Lazaro grandfather wasn't the best he could be Lazaro was still very close to his grandfather. When his father abandoned us Lazaro was left to care for his younger sisters and me, and I was not prepared nor happy to see him leave his education behind.

In 1980 when my husband left us. Lazaro wanted to follow him and hid in a fishing boat and the police grabbed him and put him in prison for eight months when he was only 15.
In 1984 I went to Venezuela with my two youngest daughters Margarita and Rosa, leaving only Lazaro in Cuba. Thirty four days after being in Venezuela, my husband was killed in Key West. Being alone in a hostel with my two daughters, Lazaro received the news in Cuba alone.

Lazaro was allowed to leave Cuba because the Cuban government said that he would not be able to serve in the military being he had been to a psychologist when he was a child.
I thank God for my three children, young teenagers that studied and worked in a foreign country and worked so hard to have a stable life. We came to the United States in 1988, the four worked hard and my two daughters studied English, Lazaro had the role of man in the house, and he worked incredibly hard in construction which was his main job always because he liked to construct. My children and I have never used drugs or cigarettes. I have a lot of pain in my heart, I am destroyed to see my son crying, and suffering so much.

Your Honor I ask you to have mercy for my son Lazaro. Lazaro will never make the mistake he made ever again. Lazaro is preaching the word of God on the 7th floor and is very remorseful. PLEASE have mercy for me and my children so we can finally have some peace and love together. Lazaro is a good son, husband, brother and father. Honor I ask mercy for my son because I am a desperate mother that loves her son.
I defend this country with my life, if you need me to volunteer for this country, I am willing to do whatever you ask.

God bless you greatly,


Gladys Garmendia

Prat, Melissa

September 24, 2012

Judge Patricia A. Seitz
United States District Judge
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812

Dear Judge Seitz,

I am proud to say that my father, Lazaro Prat, is a great and loving father to my sister, Natalie M. Prat and I. He has always been by our side and shows us support in anything that we do. He has showed us nothing but love in our upbringings. My dad has always been an extremely hardworking individual. He works hard to accomplish his goals. Since I can remember my dad's passion is in the field of construction. He loves the art of construction. Everything that he does, he is always thinking of is family. Even though being imprisoned is hard, it is even hard for him, because he doesn't get to see his children every day.

It's been almost a year that my dad and his wife, Lisette Prat, have been imprisoned. It has been a tough journey to endure but my dad has become a more peaceful person in this journey. Since he has been at FDC, he has gotten to know the word of God and is now spreading it to the people of the floor that he is on. Before December 2012, my dad didn't know God but know he is deeply integrated into the word and I believe that his transformation is a great testimony to the people of the world.

Ever since this happened to our family, everything has changed. I need my father know more than ever as I have now entered college. I miss him every day and think about him every day. Every night I think of him and cry thinking about him. At nights I can't sleep because I am always thinking of him. I really do need my dad to be with me and next to me, because all of this crying and thinking of him is causing stress in my life. Sometimes I pick up the phone as if I was to dial his phone number, but I then realize that I can't call him. Besides this, being the big sister I don't want to see my smaller sister cry each night because she misses her father as well. We need him out of there, so that he can support us and be next to us.

We greatly value your time, as you take time to read our letters.

Sincerely,


Melissa Prat

Prat, Natalie

September 24, 2012

Judge Patricia A. Seitz
United States District Judge
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812

Dear Judge Seitz,

It is an immense a blessing that Lazaro Prat is my father. I could never tell you how much I love my dad. He has always expressed his love to my older sister, Melissa and I; picking us up from school since elementary, calling several times of the day to make sure we are okay, and never skipping a weekend to be able to spend time with us was just the beginning of his efforts. Definitely a number one dad in my book.

Now that I am older, I reminisce about our childhood and the memories we have cherished together; from teaching my sister and I how to swim to sharing a father-daughter dance at both of our quinces. I realize that our father has always been there for us; we have always been his number one priority and he has definitely made it clear to us. Although he has made mistakes, my dad has never failed us as a father and I could not put into words how much we love and miss his company. You don't clearly know how much you need a parent until you do not have them around but we are also appreciative of the time that we are given.

Our dad is a different person that he was nine months ago. He is now the pastor in the church in FDC on the 7th floor and has been told to have the biggest church. His heart grew and so did his patience! As his daughter, I am remarkably proud of him and his accomplishments throughout his life. We know that upon his liberty he will continue to be the angelic person we see once a week and to be honest, I cannot wait to see the mighty things he will do and how he will continue to serve God.

Sincerely,

Natalie M. Prat

October 1, 2012

To: Judge Patricia A Seitz

From: Rosa Prat

Ref: Lazaro Prat

Subject: Letter to Judge sentencing

-----------------------------------------------------------------------------------------------

Judge PATRICA SEITZ

United States District Judge

Federal Justice Building

409 North Miami Avenue, Room 11-4

Miami, Florida 33128-1812

It is a privilege to have an opportunity to write this letter to you.

I am the sister of Lazaro, Rosa. I am married to Esteban Camejo and God did not give me children, I have 4 nieces the two daughters of Lazaro and the two daughters of Margarita, but I want to have an orphanage for abandoned children, so I will have many children. I am a member of the first Baptist Church of Hialeah and work in Excel Medical Technologies, since 2004 we have bought equipment new and used in hospitals and have sent them to Latin America.
We are three brothers, born in Havana, Cuba in a home with a mom, dad and a paternal grandfather. My paternal grandfather died from cancer because he was an alcoholic man. My mom and dad were abandoned children and did not have any educational level; my mother was married when she was 15 years old with my dad that was 19 years of age. My dad was a kid on the street because his mother married a foreigner and came to USA. He never knew his mother; he was 9 years old when his mother left. My mom got married at the age of 15 because she had a

stepfather who brutally beat her, and marriage got her away from the physical and mental abuse. By the age of 19 my mom had 4 children (the first died because he was born sick).

Our father left us in 1980 and came by Mariel. When I was 13 years old, my sister Margarita was 14 years old and Lazaro was 15 years old, (Lazaro had to stop studying and start to work to bring food home).
We were alone and without economic support to survive, Lazaro tried to leave Cuba and he tried to hide on a ship but the police found him and they put him in an adult prison for 8 months, even though he was a 15 year old boy.

On March 1984 me, my sister Margarita and my mother went to Venezuela. Lazaro stayed behind because Cuba did not give him the departure from the country because he had the military service age. Four months later they let him leave because the Cuban officials became was aware that Lazaro could not attend military service because he had emotional and psychological problems due to when Lazaro had dealt with a psychologist doctor in his childhood.

On July 1984, they let Lazaro leave Cuba to Venezuela. In the midst of this my father was murdered in Key West on 28 April 1984. Lazaro received the news in Cuba alone and my mom, sister and I received the news in Venezuela. My sister and I were two children alone with our mother in a country completely foreign to us and living in a shelter at the time before Lazaro arrived to Venezuela.

When Lazaro arrived to Venezuela, he began to work in construction which was his passion. He liked to build art and see his imagination come to life. Thanks to my brother we were able to get out of the shelter, and rented a room in a family home for 4 months, then my mom got

to work in a building and gave us the housing. Lazaro had the role as the man in the family. Even though he was just a teenager he supported all of us and took on extreme responsibility.

Ms. Seitz, I just want to ask you to have mercy for us and with my loving brother Lazaro, who has been like my dad in my life. Lazaro is now the pastor on floor 7 and has practiced the word of God in FDC Miami. My brother is a different person, I ask you to give him an opportunity so that he can restore his life alongside his wife, daughters, sisters and mother, so that he can finally have a little peace in what remains of his life.

God bless you greatly,

Rosa Prat

Judge Federico Moreno,

I write to you on behalf of my uncle, Lazaro Prat. I am currently a student pursuing a pre-medical degree to become an anesthesiologist. I have lived in Miami since I was 9 years old and moved here from my hometown, Melbourne, fl. My uncle Lazaro Prat is currently being sentenced in your court. I have known my uncle for as long as I can remember. He as well as my family are people who celebrate and live their everyday lives with their families. My uncle has always told me that my cousins aren't only my cousins but are my sisters as well. My uncle has always stressed the importance of education upon me, my sister, and my cousins.

As I write these words I can remember the amazing memories I have had with my uncle up until a year ago. He is a man that would never have missed me or my cousin's graduation and would have been there if he would not have made a decision that he wishes he wouldn't have ever made. My uncle is a man that appreciates his family and wants a future. At 48 years old I can tell you my uncle would rather be a poor man making a minimum wage salary, than not being able to be with his family. I can hear the pain my uncle has in his voice and as a man of honor and pride I never thought I would hear his heart crumble through a two minute phone call. Because my uncle was a poor man he dreamed of a life that was out of reach. Unfortunately my uncle didn't have the opportunities that I have. He is a father to his two daughters and wants the best for them and wants to be there for them because he did not have the opportunity to be with my grandfather due to his death when he was only 14.

My uncle is an outstanding father, son, and brother. I can only hope because hope is all that is left, that my uncle can live a free life and a normal life working, living, and having a happy fulfilling life before time turns into an eternity.

Thank you greatly for reading my letter, it is with great pleasure for a man such as yourself to listen to a young student who loves her family and most of all her uncle.

Thank you,

Bianca Fusillo