FILING FEE
PAID
In Forma Pauperis
Steven M. Larimore, Clerk

FILED
AUG 3 0 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

LAZARO PRAT and Real Property,
    Defendants.

\*  CRIMINAL CASE
\*  NO. 1:11-CR-20684-PAS
\*
\*
\*

REC'D by _____ D.C.
AUG 3 0 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

### NOTICE OF APPEAL

**NOTICE** is hereby given that Lazaro Prat, defendant pro se ("Prat"), appeals to the United States Court of Appeals for the Eleventh Circuit from the final Order of Judgment denying Prat's motion filed under Fed. R. Crim. P. 41(g), seeking Return of Property. The Order of Judgment was entered on August 19, 2013, by the Honorable Patricia A. Seitz.

RESPECTFULLY SUBMITTED,

_____
LAZARO PRAT, PRO SE.

EXECUTED ON THIS 27TH DAY OF AUGUST, 2013.

LAZARO PRAT, PRO SE.
REG. NO. 97736-004
FEDERAL CORRECTION COMPLEX, LOW
POST OFFICE BOX 1031
COLEMAN, FLORIDA 33521

## CERTIFICATE OF SERVICE

I, Lazaro Prat, hereby certify that on this date noted below, I have served a true copy of the foregoing Notice on Counsel noted below by depositing the same inside the prison mailbox inside Federal Correction Complex, Coleman-Low, with first-class postage affixed and addressed as follows:

Eric E. Morales
Evelyn Baltodano-Sheehan
United States Attorney's Office
Economic Crimes Section
99 N.E. 4th Street
4th Floor
Miami, Florida 33132

**EXECUTED THIS 27TH DAY OF AUGUST, 2013.**

LAZARO PRAT, PRO SE.
FED. REG. NO. 97736-004
FEDERAL CORRECTION COMPLEX
COLEMAN-LOW
POST OFFICE BOX 1031
COLEMAN, FLORIDA 33521

PRIORITY MAIL®

UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

usps.com

RETURN RECEIPT REQUESTED

NAL RESTRICTIO...

...ns are required. C...
Mail Manual (IMM...
associate for det...

From:/Expéditeur:

⇔97736-004⇔

Lazaro Prat Sr.
Federal Correctional Complex, Unit C-3
P. O. Box 1031
Coleman, FL 33521
United States

To:/Destinataire:

United States District Court
C/O: Office of the Clerk
Wilkie D. Ferguson, Jr., U.S. Courthouse
400 North Miami Avenue, Rm 8N
Miami, Fl 33128

Country of Destination:/Pays de destination:

USA

Please Recycle

*This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012; All rights reserved.*



