UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-62948-CIV-MORENO

LAZARO PRAT,

    Movant,

vs.

UNITED STATES of AMERICA,

    Respondent.
_____/

## FINAL JUDGMENT

PURSUANT to Fed. R. Civ. P. 58 and 54, and in accordance with the Court's denial of Mr. Scott's § 2255 Petition (D.E. No. 18), filed on April 6, 2015, final judgment is entered in favor of Respondent. It is therefore

**ADJUDGED** that all pending motions in this case are DENIED as moot in light of this Court's Order Adopting the Magistrate's Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of April, 2015.

                                                    FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record