UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20684-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAZARO PRAT, et al.

        Defendants.

_____/

## NOTICE OF PARTIAL SATISFACTION OF FORFEITURE MONEY JUDGMENT

Pursuant to the Preliminary Order of Forfeiture, entered on September 07, 2012 (DE #260), and incorporated into the defendant's sentence and Amended Judgment, entered on December 26, 2012 (DE #321), a forfeiture money judgment in the amount of $12,739,167.00 in United States currency was imposed against defendant Lazaro Prat. The United States hereby gives Notice that $4,834,485.01 has been applied in PARTIAL satisfaction of the said forfeiture money judgment, leaving a remaining obligation of $7,904,681.99.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:   */s/ Evelyn B. Sheehan*
        Evelyn B. Sheehan (Fla. Bar No. 944351)
        Assistant United States Attorneys
        99 NE 4th Street
        Miami, FL    33132-2111
        Tel. (305) 961-9125
        Fax. (305) 536-7599
        Evelyn.Sheehan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2016, I electronically filed the foregoing Notice through CM/ECF.

                         By:     /s/ *Evelyn B. Sheehan*
                                       Evelyn B. Sheehan